IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF ROLAND ROHM, by its Personal
Representative, Geraldine Livermore,

        No. 1:04-CV-552

    Plaintiff,

v        HON. RICHARD ALAN ENSLEN

DANIEL LUBELAN, individually, and, JERRY
ELLSWORTH, individually, jointly and severally,

    Defendants.

---

Christopher J. Keane (P46920)
The Keane Law Firm
Attorney for Plaintiff
930 Mason Street
Dearborn, MI 48124
(313) 278-8775

---

Margaret A. Nelson (P30342)
Mark E. Donnelly (P39281)
Attorneys for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

---

### DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

      Defendants, pursuant to the Electronic Filing Policies and Procedures of this court, seek leave of this Court to file exhibits in the traditional manner.

      One exhibit to the Reply Brief in Support of Defendants' Motion for Summary Judgment – the video deposition of plaintiff's expert, John Thornton - cannot be authentically converted to electronic form because it is a CD-ROM. Moreover, the exhibit is critical to the defendants' reply

brief in order to counter the affidavit of the same witness, John Thornton, filed by plaintiff in her response to the Defendants' Motion for Summary Judgment.

For the foregoing reasons, the defendants request that they be allowed to file as an exhibit to their reply brief the CD-ROM containing the video deposition of plaintiff's expert, John Thornton.

>Respectfully submitted,
>
>MICHAEL A. COX
>Attorney General
>
>*/s/ Mark E. Donnelly*
>Margaret A. Nelson (P30342)
>Mark E. Donnelly (P39281)
>Assistant Attorney General
>Tort Defense Division
>P.O. Box 30736
>Lansing, Michigan 48909-8236
>Telephone: (517) 373-6434

Dated:  February 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on  February 1, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendants' Ex Parte Motion for Leave to File Exhibits in the Traditional Manner.

>*/s/ Mark E. Donnelly*
>Margaret A. Nelson (P30342)
>Mark E. Donnelly (P39281)
>Assistant Attorney General
>Tort Defense Division
>P.O. Box 30736
>Lansing, Michigan 48909-8236
>Telephone: (517) 373-6434
>Email: donnellym@michigan.gov

2003/rohm/exparte mtn (exhibits)