UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALDINE LIVERMORE, Personal Representative for the Estate of Roland E. Rohm, Deceased

      Plaintiff,

v.

DANIEL LUBELAN, et al.,

      Defendants.
_____/

Hon. Richard Alan Enslen

Case No. 1:04-cv-00552

## ORDER

This matter is before the Court on the Joint Motion to Adjourn Case Evaluation and Other Case Management Dates Pending Decision on Defendants' Motion for Summary Judgment (Dkt. 77). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Joint Motion to Adjourn Case Evaluation and Other Case Management Dates Pending Decision on Defendants' Motion for Summary Judgment (Dkt. 77) is **denied**. It is the practice and preference of the Honorable Richard Alan Enslen that cases assigned to him proceed regardless of any motions pending before him.

Date:  February 17, 2006

      /s/ Ellen S. Carmody
      ELLEN S. CARMODY
      United States Magistrate Judge